**GRANTED**
*Judge Maria-Elena James*

1  Kenneth M. Seeger (State Bar No. 135862)
   kseeger@seegersalvas.com
2  Adam R. Salvas (State Bar No. 191379)
   asalvas@seegersalvas.com
3  SEEGER SALVAS LLP
   455 Market Street, Suite 1530
4  San Francisco, CA  94105

5  Telephone:    (415) 981-9260
   Facsimile:    (415) 981-9266

6

7  Attorneys for Defendants Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent), Inc.

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY FREITAS et al., | Case No. 3:11-cv-05967-MEJ |
| Plaintiffs, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| vs. | |
| MCKESSON CORPORATION et al., | Honorable Maria-Elena James |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Defendants Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent), Inc.; Endo Pharmaceuticals Inc.; Endo Pharmaceuticals Holdings Inc. ; Qualitest Pharmaceuticals, Inc.; Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.  and Plaintiffs Terry Freitas; Lori Freitas; Oleta Burney; Harold Burney; Donald Green; Mary Green; Charles Hearn; John Jenkins; Linda Miller; Anthony Miller; Barbara Reed; Raymond Reed; and Martha Poole (collectively, "Plaintiffs") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs originally filed their Complaint for Damages ("Complaint") in San Francisco Superior Court on or around October 31, 2011;

WHEREAS, Defendants Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent), Inc.; Endo Pharmaceuticals Inc.; and Endo Pharmaceuticals Holdings Inc. returned the Notice and Acknowledgment of Receipt on or around November 23, 2011;

WHEREAS, Defendants Qualitest Pharmaceuticals, Inc.; Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc. returned the Notice of Acknowledgment of Receipt on or around December 6, 2011;

WHEREAS, Defendant Xanodyne Pharmaceuticals, Inc. filed a Notice of Removal of Plaintiffs' Complaint in the United States District Court, Northern District of California on or around December 5, 2011;

WHEREAS, the Defendants Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent), Inc.; Endo Pharmaceuticals Inc.; Endo Pharmaceuticals Holdings Inc. ; Qualitest Pharmaceuticals, Inc.; Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc. currently have until on or after December 12, 2011 to respond to Plaintiffs' Complaint;

WHEREAS, the Defendants Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent), Inc.; Endo Pharmaceuticals Inc.; Endo Pharmaceuticals Holdings Inc. ; Qualitest Pharmaceuticals, Inc.; Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn

Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc. have requested and Plaintiffs have consented to an additional 30 days for these Defendants to respond to Plaintiffs' Complaint;

WHEREAS, an additional 30 days for Defendants Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent), Inc.; Endo Pharmaceuticals Inc.; Endo Pharmaceuticals Holdings Inc.; Qualitest Pharmaceuticals, Inc.; Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc. to respond to Plaintiffs' Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Defendants Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent), Inc.; Endo Pharmaceuticals Inc.; Endo Pharmaceuticals Holdings Inc.; Qualitest Pharmaceuticals, Inc.; Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc. do not waive any affirmative or other defenses in this or any other action by entering into this stipulation, including the right to assert lack of personal jurisdiction, among other defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the above referenced parties, through their respective counsel, that the Defendants Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent), Inc.; Endo Pharmaceuticals Inc.; Endo Pharmaceuticals Holdings Inc.; Qualitest Pharmaceuticals, Inc.; Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc. shall have until January 11, 2012 to respond to Plaintiffs' Complaint.

DATED: December 8, 2011.

SEEGER • SALVAS LLP

By    /s/ *Adam R. Salvas*
Adam R. Salvas
Attorneys for Defendants
Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US Parent), Inc.; Endo Pharmaceuticals Inc.; and Endo Pharmaceuticals Holdings Inc.

DATED: December 8, 2011.

MORRIS POLICH & PURDY LLP

By    /s/ *Tammara Tukloff*
Tammara Tukloff
Attorneys for Defendants
Qualitest Pharmaceuticals, Inc.; Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.

DATED: December 8, 2011.

SALKOW LAW

By    /s/ *Richard Salkow*
Richard Salkow
Attorneys for Plaintiffs
Terry Freitas; Lori Freitas; Oleta Burney; Harold Burney; Donald Green; Mary Green; Charles Hearn; John Jenkins; Linda Miller; Anthony Miller; Barbara Reed; Raymond Reed; and Martha Poole

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is SEEGER ● SALVAS LLP, 455 Market Street, Suite 1530, San Francisco, CA 94105. On December 8, 2011, I cause to be served the following document(s) by the method indicated below:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

By transmitting via facsimile on this date from fax number (415) 981-9266 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 8, 2011, at San Francisco, California.

_____
Adam R. Salvas

FREITAS ET AL. v. MCKESSON CORPORATION ET AL.
U. S. District Court, Northern District of California Case No. 3:11-cv-05967-MEJ
**SERVICE LIST**

| | |
|---|---|
| Richard Salkow, Esq.<br>SALKOW LAW<br>1540 7th Street, Ste 206<br>Santa Monica, CA 90401-3432<br>rsalkow@salkowlaw.com<br>Telephone: (310) 451-8484<br>Facsimile: (310) 451-8486 | Attorneys for Plaintiffs |
| Tammara Tukloff, Esq.<br>MORRIS POLICH & PURDY LLP<br>501 West Broadway, Suite 500<br>San Diego, CA 92101<br>ttukloff@mpplaw.com<br>Telephone: (619) 557-0404<br>Facsimile: (619) 557-0460 | Attorneys for Defendants Qualitest Pharmaceuticals, Inc.; Propst Distribution, Inc. f/k/a/ Qualitest Pharmaceuticals, Inc.; and Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc. |
| Karen Woodward, Esq.<br>Christopher P. Norton, Esq.<br>SEDGWICK LLP<br>801 S. Figueroa Street, 19th Floor<br>Los Angeles, California 900117-5556<br>Karen.woodward@sedgwicklaw.com<br>Christopher.norton@sedgwicklaw.com<br>Telephone: (213) 426-6900<br>Facsimile: (213) 426-6921 | Attorneys for Defendant Xanodyne Pharmaceuticals, Inc. |
| Kimberly C. Metzger<br>ICE MILLER LLP<br>One American Square, Suite 2900<br>Indianapolis, IN 46282-0200<br>Kimberly.metzger@icemiller.com<br>Telephone: (317) 236-2100<br>Facsimile: (317) 236-2219 | Attorney for Defendant Eli Lilly and Company |

PROOF OF SERVICE