UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DARVOCET, DARVON AND PROPOXYPHENE
PRODUCTS LIABILITY LITIGATION

Freitas, et al. v. McKesson Corporation, et al., )
    N.D. California, C.A. No. 3:11-05967           )           MDL No. 2226

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Freitas*) on December 13, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Freitas* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs have now withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-11" filed on December 13, 2011, is LIFTED. This action is transferred to the Eastern District of Kentucky for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Danny C. Reeves.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED AND CERTIFIED
ROBERT R. CARR, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Date: 2/9/2012
By: s/ Susan T. Baker
Deputy Clerk